## COVER SHEET

| | | |
|---|---|---|
| Leonard & Elaine Campagna, | ) | Case No. 09-14843 |
| | ) | |
| Debtors. | ) | Judge Pat E. Morgenstern-Clarren |
| | ) | |

The attached Amendment to Schedule C, along with an amended Summary of Schedules and an amended Statistical Summary, is being filed to correct an error brought to my attention by the Trustee's filing of Trustee's Objection of Exemptions.

/s/*Richard L. Salisbury*
Richard L. Salisbury

## United States Bankruptcy Court
### Northern District of Ohio

In re  **Leonard A. Campagna,**
       **Elaine M. Campagna**
                                        Debtors

Case No. **09-14843**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 247,000.00 | | |
| B - Personal Property | Yes | 3 | 12,466.75 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 229,648.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 3,194.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 121,910.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,732.77 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 4,692.00 |
| Total Number of Sheets of ALL Schedules | | 17 | | | |
| | | Total Assets | 259,466.75 | | |
| | | | Total Liabilities | 354,753.21 | |

# United States Bankruptcy Court
## Northern District of Ohio

In re   Leonard A. Campagna,
        Elaine M. Campagna,
                                    Debtors

Case No.  09-14843

Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,194.91 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,194.91 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,732.77 |
| Average Expenses (from Schedule J, Line 18) | 4,692.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,165.27 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,194.91 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 121,910.27 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 121,910.27 |

In re **Leonard A. Campagna,** Case No. **09-14843**
**Elaine M. Campagna**,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> 9573 Scottsdale Drive <br> Broadview Heights, OH 44147 | Ohio Rev. Code Ann. § 2329.66(A)(1) | 40,400.00 | 247,000.00 |
| Situated in the City of Broadview Heights, County of Cuyahoga and State of Ohio and known as being Sublot 88 in Scottsdale Subdivision Phase 2 of part of Original Royalton Township Section No. 23, as recorded in Volume 312 Maps, Page 72 of cuyahoga Couny Records, as appears by said plat, being the same more or less, but subject ot all legal highways. | | | |
| PP#: 584-14-100 | | | |
| **Cash on Hand** <br> Cash | Ohio Rev. Code Ann. § 2329.66(A)(3) | 80.00 | 80.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Charter One Checking | Ohio Rev. Code Ann. § 2329.66(A)(3) | 300.00 | 300.00 |
| Unity Catholic Credit Union | Ohio Rev. Code Ann. § 2329.66(A)(3) | 1.75 | 1.75 |
| **Household Goods and Furnishings** <br> Household Goods and Furnishings | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) | 2,500.00 | 2,500.00 |
| **Wearing Apparel** <br> Wearing Apparel | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> Wedding Rings | Ohio Rev. Code Ann. § 2329.66(A)(4)(b) | 1,000.00 | 1,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2002 Volkswagen Cabrio | Ohio Rev. Code Ann. § 2329.66(A)(18) <br> Ohio Rev. Code Ann. § 2329.66(A)(2) | 1,075.00 <br> 3,225.00 | 8,085.00 |
| | Total: | 49,081.75 | 259,466.75 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

## Certificate of Service

The undersigned does hereby certify that a copy of the foregoing Amendment to Schedule C, along with an amended Summary of Schedules and an amended Statistical Summary, was electronically served upon David O. Simon, Trustee.

/s/Richard L. Salisbury
Richard L. Salisbury