Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**In re:**
    Leonard A. Campagna
    Elaine M. Campagna

**Case No.:** 09−14843−pmc

**Chapter:** 7

**Address:**
    9573 Scottsdale Drive
    Broadview Heights, OH 44147

**Last four digits of Social Security No.:**
    xxx−xx−7518
    xxx−xx−5540

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** December 4, 2009
Form ohnb234

/s/ Pat E. Morgenstern−Clarren
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: gnunn              Page 1 of 1              Date Rcvd: Dec 04, 2009
Case: 09-14843                Form ID: 234a            Total Noticed: 25
```

The following entities were noticed by first class mail on Dec 06, 2009.
```
db/db       +Leonard A. Campagna,   Elaine M. Campagna,   9573 Scottsdale Drive,
             Broadview Heights, OH 44147-2365
tr           David O Simon,   1370 Ontario St,   Standard Bldg,   #450,   Cleveland, OH  44113-1744
cr          +VW Credit, Inc.,   P. O. Box 829009,   Dallas, TX 75382-9009
18487796     Aes/nct,   Reinsurance Dept Bankruptcy,   Unit 120 N 7th,   St Harrisburg, PA 17102
18487797    +Assoc / Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
18487798    +Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
18487800     Chase,   P.O. Box,   Wilmington, DE 19866-5153
18487801     Discover Card,   P.O. Box,   Carol Stream, IL 60197-6103
18487804     IRS,   P.O. Box 804527,   Cincinnati, OH 45280-4527
18487805    +Key Bank,   P.O. Box 183056,   Columbus, OH 43218-3056
18487806    +Key Education Resource,   2401 International Ln,   Madison, WI 53704-3121
18487809     Ohio Department of Taxation,   P.O. Box 182402,   Columbus, OH 43218-2402
18487811    +S.W. Orthopaedics,   6115 Powers Blvd. #100,   Cleveland, OH 44129-5469
18487813     Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
18514474    +VW CREDIT,INC.,   POST OFFICE BOX 829009,   DALLAS, TEXAS 75382-9009
18487821    +Wachovia,   P.O. Box 105693,   Atlanta, GA 30348-5693
18487824     Wells Fargo Financial,   P.O. Box 98791,   Las Vegas, NV 89193-8791
```
The following entities were noticed by electronic transmission on Dec 04, 2009.
```
18487799    +EDI: CHASE.COM Dec 04 2009 17:28:00     Chase,   P.O. Box 15153,   Wilmington, DE 19850-5153
18510401    +EDI: FORD.COM Dec 04 2009 17:28:00     Ford Motor Credit Company LLC,   PO Box 537901,
             Livonia, MI 48153-7901
18487802    +EDI: FORD.COM Dec 04 2009 17:28:00     Ford Motor Credit Corporation,
             National Bankruptcy Center,   Po Box 537901,   Livonia, MI 48153-7901
18487803    +EDI: HFC.COM Dec 04 2009 17:28:00      HFC,   P.O. Box 4153-K,   Carol Stream, IL 60197
18487808     EDI: WFNNB.COM Dec 04 2009 17:28:00    Levin Furniture,   P.O. Box 659704,
             San Antonio, TX 78265-9704
18652239     EDI: RECOVERYCORP.COM Dec 04 2009 17:28:00    Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
18487817    +EDI: HFC.COM Dec 04 2009 17:28:00      Union Plus,   P.O. Box 4155,   Carol Stream, IL 60197-4155
18487819    +E-mail/Text: vci.bkcy@vwcredit.com     Volkswagen,   P.O. Box 17497,
             Baltimore, MD 21297-1497
                                                                                              TOTAL: 8
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CAB EAST, LLC
cr*         +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
18487816*    Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
18487823*   +Wachovia,   P.O. Box 105693,   Atlanta, GA 30348-5693
18487826*    Wells Fargo Financial,   P.O. Box 98791,   Las Vegas, NV 89193-8791
                                                                                          TOTALS: 1, * 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2009                    Signature:    *Joseph Speetjens*